UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANFREDO MARTIN-MICHAEL MADRIGAL, III,<br><br>Defendant. | Case No. 3:22-CR-00019-NKM-JCH |

### UNCLASSIFIED ORDER

The Court, having carefully considered the government's Classified *Ex Parte, In Camera*, Under Seal Motion and Memorandum of Law in Support of a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure ("Motion"), and the attachments thereto, hereby **GRANTS** the Motion.

Accordingly, it is ORDERED that the Clerk of Court shall send a copy of this Order to counsel for the Defendant and the government;

It is further ORDERED that the Classified Information Security Officer shall deliver a copy of the Court's Classified Order regarding the Motion to the government;

It is further ORDERED that, consistent with the Court's Classified Order, the government shall withhold from discovery certain classified information as set forth in the Motion.

It is so ORDERED on this ___8th___ day of ___May___, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE